PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Edwin Martinez   Cr: 11-00287-001
                                    PACTS #: 59889

Name of Sentencing Judicial Officer: THE HONORABLE SUSAN D. WIGENTON
                                     UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/10/2012

Original Offense: CONSPIRACY TO DISTRIBUTE OXYCODONE

Original Sentence: 95 months custody, 36 months supervised release, and abide by the following special conditions: alcohol/drug testing and treatment and mental health treatment

Type of Supervision: Supervised release          Date Supervision Commenced: 10/24/2017

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** <br><br> On February 10, 2019, the offender submitted a urine sample which tested positive for cocaine and alcohol use. He denied any new substance use. On February 19, 2019, the National Testing Laboratory confirmed the urine was positive for benzoylecgonine (a cocaine metabolite). |

## U.S. Probation Officer Action:

The offender was verbally reprimanded for his recent non-compliance. Our office notified the Court about his substance use earlier this month. Martinez was recently referred to mental health/substance abuse treatment at Trinitas Hospital. We will monitor the health of his relationships, two employment positions, substance use, mental health state, compliance and progress in mental health/substance abuse treatment, as well as his overall activities and associations within the community. Our office will notify the Court of any additional instances of non-compliance.

Respectfully submitted,
By: Suzanne J. Golda-Martinez
    Senior U.S. Probation Officer

Date: 02/22/2019

✓ *No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

Feb. 20 2019
Date